**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02070-CMA-CBS

JENNIFER HEINEMAN, and
ERIC ALLEN HEINEMAN,

    Plaintiffs,

v.

AMERICAN HOME PRODUCTS CORPORATION,
WYETH-A YERST PHARMACEUTICALS, INC.,
WYETH-A YERST INTERNATIONAL INC., and
WYETH-A YERST LABORATORIES, A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION,

    Defendants.

---

### ORDER OF RECUSAL

---

This matter is before me on review of the file. During my past professional relationship with the law firm Davis, Graham & Stubbs, I represented defendants in Fen-Phen litigation, which is the basis of these claims by Plaintiffs. Therefore, I believe that I should recuse myself. It is hereby

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: August __06__, 2013

                                                  BY THE COURT:

                                                *[signature: Christine M. Arguello]*

                                                CHRISTINE M. ARGUELLO
                                                United States District Judge