**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 25, 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-02070-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| JENNIFER HEINEMAN; and | James Sill |
| ERIC ALLEN HEINEMAN, | Timothy Bunson |
| Plaintiffs, | |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION; | Heidi Hubbard |
| WYETH-AYERST PHARMACEUTICALS, INC; | Eric Blumenfeld |
| WYETH-AYERST INTERNATIONAL, INC.; and | Robb Patryk |
| WYETH-AYERST LABORATORIES DIVISION OF | Andrew Myers |
| AMERICAN HOME PRODUCTS CORPORATION, | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:   Final Pretrial Conference.

**4:02 p.m.      Court in session.**

Parties are present. Connie Matteo present as defendants' representative.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses Plaintiffs' Motion to Take Judicial Notice (**Doc. #74**)

No further argument.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

**ORDER:**	Plaintiffs' Motion to Take Judicial Notice (**Doc. #74**) is **DENIED.**

Review of the proposed final pretrial order. This matter is not ready for trial.

**ORDER:**	The parties will confer with Magistrate Judge Shaffer and prepare another revised Final Pretrial Order. Another Final Pretrial Conference will be scheduled after the Revised Final Pretrial Order has been filed. The named parties or representative need attend future Final Pretrial Conferences.

**5:09 p.m.**	**Court in recess.**

**Total Time:	1 hours 7 minutes.**
**Hearing concluded.**