IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02070-MSK-CBS | Date: January 28, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                    *Counsel:*

JENNIFER HEINEMAN, *et al.*,                   James Sill, Jr.
                                                              Timothy Bunson

Plaintiff,

v.

AMERICAN HOME PRODUCTS                  Eric Blumenfeld
CORPORATION, *et al.*,                            Heidi Hubbard
                                                              Theodore Mayer

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY FINAL PRETRIAL CONFERENCE**
**Court in session: 01:32 p.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Parties **MUST** submit a revised preliminary final pretrial order **OR** an updated witness list by **5:00 p.m. (Mountain Time) on February 6, 2015**. If parties choose to submit an updated witness list, it **MUST** include:
- Any witnesses that either side intends to call;
- Identify what subject, issues, or matter they will testify to on direct and cross examination;
- Indicate whether the witness has ever testified in a related case with the same lawyers;
- If the witness has testified in a related case, how long were they on the witness stand and is their testimony duplicative of previous testimony in related cases;

**ORDERED:** *Plaintiffs' MOTION [91] to File Reply to Defendants' Opposition to Motion to Reconsider or to Clarify FRE 702 Ruling Regarding Dr. Cheryl Blume* is **DENIED AS MOOT.**

Discussion regarding proposed preliminary final pretrial order and motions in liminie.

**ORDERED:**   The Court will issue a separate order setting a Telephonic Status Conference for next week to further discuss the preliminary final pretrial order.

Hearing Concluded.

**Court in recess: 02:37 p.m.**
Total time in court: 01:05

To order transcripts of hearing with Magistrate Jude Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.