IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02070-MSK-CBS | Date: March 24, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

JENNIFER HEINEMAN, *et al.*,                      James Sill

Plaintiff,

v.

AMERICAN HOME PRODUCTS                     Eric Blumenfeld
CORPORATION,                                               Rob Patryk
                                                                          Andrew Myers

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 01:28 p.m.**
Court calls case.  Appearances of counsel.

Argument regarding pending motions.

**ORDERED:** *Defendants' MOTION [115] for Leave to File a Reply in Further Support of Their Motion to Seek Summary Judgment on Statute of Limitations Grounds [ECF no. 104]* is **GRANTED**.

*Defendants' MOTION [104] for Leave to File a Motion for Summary Judgment on Statute of Limitations Grounds* **DENIED.**

*Defendants' MOTION [105] for Leave to File a Renewed Motion for Summary Judgment to Dismiss Plaintiffs' Design Defect Claim is* **DENIED.**

*Defendants' MOTION [106] for Leave to File a Motion to Strike Unpleaded and Redundant Claims is* **DENIED.**

Today's rulings are made from the bench and the 14 day deadline for filing an objection starts today.

Discussion regarding preliminary final pretrial order. District Judge Krieger will set this case for trial to commence on July 6, 2015. The trial will be set for 3 4-day weeks for a total of 12 days.

**ORDERED:** Proposed jury instructions and proposed voir dire are to be submitted by **March 30, 2015.**

Parties discuss anticipated motions in liminie.

**ORDERED:** Motions in liminie must be filed within **15 calendar days** of today. Responses shall be filed within **10 calendar days** of the motion being filed. No replies will be permitted.

Counsel is directed to file a Final Pretrial Order taking consideration of the comments from today's hearing, within **15 calendar days** from today.

HEARING CONCLUDED.

**Court in recess: 03:03 p.m.**
Total time in court: 01:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.